```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :    24 Cr. 444 (RA)
UNITED STATES OF AMERICA,            :
                                     :         ORDER
            -v-                      :
                                     :
LUIYI SANTANA,                       :
                     Defendant.      :
                                     :
-------------------------------------X
```

RONNIE ABRAMS, District Judge:

ORDERED that the defendant's bail is revoked and he is remanded to the custody of the United States Marshal's Service.

Dated: September 25, 2024
New York, New York

_____
RONNIE ABRAMS
United States District Judge